# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA CUMBERLAND,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 18-cv-9685** |
| | * | |
| **DARREL VANNOY, WARDEN,** | * | **SECTION: "A" (5)** |
| **RESPONDENT** | * | |

## ORDER

Considering Respondent's *Motion for Extension of Time to Submit Additional Briefing*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until August 24, 2019 to address the actual innocence exception.

New Orleans, Louisiana, this 29th day of _____July_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE