UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA CUMBERLAND | CIVIL ACTION |
| VERSUS | NO: 18-9685 |
| DARREL VANNOY, ET AL. | SECTION: "A" (5) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge North, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge North and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Joshua Cumberland for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

June 12, 2020

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE